United States District Court
Southern District of Texas
**ENTERED**
March 15, 2023
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
Houston Division**

_____

JANIE SLAMON, as Executrix of the  :
Estate of James Slamon, and          :    No. 4:23-cv-00156
ERIC LEWIS, on behalf of themselves  :
and all others similarly situated,   :
                                     :
                                     :
        *Plaintiffs*                 :
                                     :
v.                                   :
                                     :
CALLON (MARCELLUS) LLC               :
f/k/a CARRIZO (MARCELLUS) LLC,       :
and CALLON PETROLEUM COMPANY,        :
                                     :
        *Defendants*                 :
_____  :

ORDER GRANTING
**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs

Janie Slamon, as Executrix of the Estate of James Slamon, and Eric Lewis

hereby voluntarily dismiss this action without prejudice.

Dated:  March 15, 2023         **MILBERG COLEMAN BRYSON
                               PHILLIPS GROSSMAN PLLC**


                                */s/ Glen L. Abramson\**
                               Glen L. Abramson
                               800 S. Gay Street, Suite 1100
                               Knoxville, TN 37929
                               866.252.0878
                               gabramson@milberg.com

**MILBERG COLEMAN BRYSON**
   **PHILLIPS GROSSMAN PLLC**
Randi Kassan
100 Garden City Plaza, Suite 500
Garden City, NY 11530
865-412-2700
rkassan@milberg.com

**LeVAN STAPLETON SEGAL**
 **COCHRAN LLC**
Peter H. LeVan, Jr. *
One Liberty Place
1650 Market Street, 36th Floor
Philadelphia, PA 19103
215.561.1500
plevan@levanstapleton.com
*admitted pro hac vice*

**BERGER MONTAGUE PC**
Shanon J. Carson
1818 Market Street, Suite 3600
Philadelphia, PA 19103
215.875.3000
scarson@bm.net

IT IS SO ORDERED  on this 15th day of March, 2023.


_____
    **GEORGE C. HANKS, JR.**
**UNITED STATES DISTRICT JUDGE**

2